# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| E W Wells Group, LLC | ) ASBCA No. 61249 |
| | ) |
| Under Contract No. W912DW-16-C-0008 | ) |

APPEARANCES FOR THE APPELLANT:     Pamela J. Mazza, Esq.
                                   Patrick T. Rothwell, Esq.
                                    PilieroMazza PLLC
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas J. Warren, Esq.
                                    Acting Engineer Chief Trial Attorney
                                   Anna D. Ross, Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, Seattle

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61249, Appeal of E W Wells Group, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals